02-12-381-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00381-CR

 

 


 
 
 JAMES CARROLL GLAWSON
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 213tH
District Court OF Tarrant COUNTY

------------

MEMORANDUM OPINION[1] AND JUDGMENT

ON PERMANENT
ABATEMENT OF APPEAL

 

----------

 

          We
have considered the appellant’s “Motion To Permanently Abate Appeal.”  Attached
to the motion was the certificate of death showing that appellant James Carroll
Glawson died on Wednesday, October 24, 2012.

          The
death of an appellant during the pendency of an appeal deprives this court of
jurisdiction.  Molitor v. State, 862 S.W.2d 615, 616 (Tex. Crim. App.
1993).  Under these circumstances, the appropriate disposition is the permanent
abatement of the appeal.  See Tex. R. App. P. 7.1(a)(2).

          No
decision of this court having been delivered prior to the receipt of this
motion, the court finds the motion to permanently abate the appeal should be
granted.  It is therefore ordered, adjudged, and decreed that the appeal is
permanently abated.

 

                                                                             PER
CURIAM

PANEL:  MCCOY,
MEIER, and GABRIEL, JJ.

DO
NOT PUBLISH

TEX.
R. APP. P. 47.2(b)

 

DELIVERED: 
January 31, 2013









[1]See Tex. R. App. P. 47.1.